THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANIEL SMOCK, <br><br> Plaintiff, <br><br> -v- <br><br> VOLVO GROUP NORTH AMERICA, LLC (D/B/A VOLVO/MACK POWERTRAIN OF NORTH AMERICA), and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. NO. 1:14-cv-01064-JKB |

## DEFENDANT VOLVO GROUP NORTH AMERICA LLC'S MOTION TO DISMISS AND MOTION TO STRIKE

Defendant Volvo Group North America, LLC ("Volvo Group"), by its undersigned counsel and pursuant to Rule 12(b)(6) and Rule 12(f) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Complaint filed by Plaintiff Daniel Smock ("Plaintiff") in its entirety and to strike Plaintiff's demand for a jury trial. As discussed more fully in the accompanying Memorandum in support of this Motion, Plaintiff's Complaint must be dismissed because:

(1) Plaintiff asserts claims that are completely preempted by the Employee Retirement Income Security Act of 1974 ("ERISA") and, as such, the Complaint fails to state a claim upon which relief can be granted;

(2) Because Plaintiff's exclusive remedy lies under ERISA, his demand for a jury trial should be stricken as jury trials are unavailable for matters subject to ERISA as a matter of law.

For these reasons, which are more fully discussed in the attached supporting

Memorandum, Plaintiff's Complaint must be dismissed and his demand for a jury trial stricken.

Respectfully submitted this the 11th day of April 2014.

/s/ Jennifer L. Curry  
Jennifer L. Curry (Bar No. 29038)  
JACKSON LEWIS P.C.  
2800 Quarry Lake Drive, Suite 200  
Baltimore, MD 21209  
Telephone: (410) 415-2000  
Fax: (410) 415-2001  
jennifer.curry@jacksonlewis.com  

Robert M. Wood (*pro hac vice* motion pending)  
T. Chase Samples (Fed. Bar. No. 10824) (*pro hac vice* motion pending)  
JACKSON LEWIS P.C.  
One Liberty Square  
55 Beattie Place, Suite 800  
Greenville, South Carolina 29601  
Telephone: 864-232-7000  
Email: woodr@jacksonlewis.com  
         chase.samples@jacksonlewis.com  

ATTORNEYS FOR DEFENDANT VOLVO GROUP NORTH AMERICA, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing **DEFENDANT VOLVO GROUP NORTH AMERICA LLC'S MOTION TO DISMISS AND TO STRIKE** was served upon all parties of record by filing through the Court's Electronic Case Filing System:

Ira C. Cook, Esq.
Marianne E. Morris, Esq.
Law Offices of I.C. Cooke
138 West Washington Street, Suite 200
Hagerstown, MD 21740
Email: marianne.morris@iracookelaw.com
Counsel for Plaintiff

Eric J. Janson, Esq.
Seyfarth Shaw LLP
975 F St NW
Washington, DC 20004
Email: ejanson@seyfarth.com
Counsel for Prudential Insurance Company of America

/s/ Jennifer L. Curry _____
Jennifer L. Curry

This 11th day of April 2014.

4812-7254-4794, v. 1