IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANIEL SMOCK, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>VOLVO GROUP NORTH AMERICA, LLC )<br>(D/B/A VOLVO/MACK POWERTRAIN OF )<br>NORTH AMERICA), and THE PRUDENTIAL )<br>INSURANCE COMPANY OF AMERICA )<br>)<br>Defendants. ) | C.A. NO. 14-cv-1064 |

**DEFENDANT PRUDENTIAL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO STRIKE PLAINTIFF'S JURY DEMAND**

Defendant, The Prudential Insurance Company of America ("Prudential"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Complaint filed by Plaintiff Daniel Smock in its entirety and to strike Plaintiff's jury demand.

In support of its motion, Defendant Prudential hereby joins and adopts the Motion to Dismiss and Motion to Strike and Memorandum in Support filed by Volvo Group North America, LLC ("Volvo Group") in this cause. (ECF Nos. 9 & 9-1). As set forth in Volvo Group's Memorandum in Support, Plaintiff brings only state law claims for negligence and negligent misrepresentation. Those claims, however, are preempted by the Employee Retirement Income Security Act of 1974 as amended ("ERISA"), 29 U.S.C. 1001, *et seq.* and thus fail to state claims upon which relief can be granted.

WHEREFORE, Defendant Prudential respectfully requests that the Court dismiss Plaintiff's Complaint against it and that the Court strike Plaintiff's jury demand for the reasons set forth in the Volvo Group's Motion to Dismiss and Motion to Strike and Memorandum in Support.

17172999v.1

- 2 -

DATED: May 2, 2014                                Respectfully submitted,

                                                    THE PRUDENTIAL INSURANCE
                                                    COMPANY OF AMERICA

                                                    By /s/ Eric Janson
                                                    Eric J. Janson, #16928
                                                    SEYFARTH SHAW LLP
                                                    975 F Street, N.W.
                                                    Washington, DC  20004
                                                    ejanson@seyfarth.com
                                                    (202) 463-2400 (telephone)
                                                    (202) 641-9232 (facsimile)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he electronically filed the foregoing DEFENDANT PRUDENTIAL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO STRIKE PLAINTIFF'S JURY DEMAND using the Court's CM/ECF method, and that a copy of the foregoing was served on all counsel of record, as listed below, via the Court's CM/ECF method, on this 2nd day of May 2014:

>Ira C. Cooke, Esq.
>Marianne E. Morris, Esq.
>Law Offices of I.C. Cooke
>138 West Washington
>Street, Suite 200
>Hagerstown, MD  21740

>/s/ Eric J. Janson
>Eric J. Janson

17172999v.1