IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **DANIEL SMOCK,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-14-1064 |
| **VOLVO GROUP N. AM., LLC,** *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in Defendants' unopposed motions to dismiss (ECF Nos. 9 & 21), it is hereby ORDERED:

1. The motions (ECF Nos. 9 & 21) are GRANTED.

2. Plaintiff's state-law claims of negligence and negligent misrepresentation are preempted by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq.*, and are DISMISSED for failure to state a claim.

3. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE to refile a complaint asserting claims under ERISA.

4. The Clerk shall CLOSE this case.

DATED this 21st day of May, 2014.

BY THE COURT:

/s/
James K. Bredar
United States District Judge